UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-10855-RWZ

RUDOLPH GREENE

v.

ACE SURGICAL SUPPLY COMPANY, INC.

### MEMORANDUM OF DECISION

January 31, 2013

ZOBEL, D.J.

    Defendant moves to dismiss plaintiff's retaliation and equal pay claims with prejudice on the ground that plaintiff has failed to plead facts stating a claim under either of these theories. Plaintiff does not oppose dismissal of these claims but asks that the dismissal be without prejudice.

    Because the defects in plaintiff's claims could be cured by pleading more or different facts, dismissal without prejudice is proper. Therefore, plaintiff's retaliation and equal pay claims are DISMISSED WITHOUT PREJUDICE.

|   January 31, 2013   | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |